FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 29  PM 5:18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVEN GALLAGHER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-1622** |
| **ED C. DAY, WARDEN** | **SECTION "A" (6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Steven Gallagher for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITH PREJUDICE as MOOT. Alternatively, the petition is hereby DISMISSED WITHOUT PREJUDICE as time-barred and for failure to comply with LR 41.3.1E. Finally and alternatively, the petition should be DENIED on the merits.

New Orleans, Louisiana, this 28th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____